# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-317
Lower Tribunal No. CF16-006853-XX

_____

TIMMY CULVAHOUSE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Donald G. Jacobsen, Judge.

February 6, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and MIZE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Richard P. Albertine Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED